# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBRA CRAIG, | |
| Plaintiff, | |
| v. | C20-1641 TSZ |
| NOVARTIS PHARMACEUTICALS CORPORATION, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 20, the Court SETS a telephone conference for **Thursday, March 25, 2021, at 10:00 a.m.** The Court's staff will be in contact with counsel to provide a conference call number and access code.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1