UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA CRAIG,

        Plaintiff,

   v.

NOVARTIS PHARMACEUTICALS CORPORATION,

        Defendant.

C20-1641 TSZ

MINUTE ORDER SETTING TRIAL AND RELATED DATES

Having reviewed the parties' Joint Status Report, docket no. 20, and having held a telephone conference on March 25, 2021, the Court SETS the following trial date and pretrial deadlines:

| | |
|---|---|
| **JURY TRIAL DATE** | **January 30, 2023** |
| Length of Trial | 2–3 weeks |
| Deadline for joining additional parties | December 1, 2021 |
| Any motions for leave to amend pleadings filed by | December 1, 2021 |
| Plaintiff's expert reports filed by | April 1, 2022 |
| Defendant's responsive expert reports filed by | May 13, 2022 |
| Plaintiff's expert depositions filed by | August 1, 2022 |
| All other motions related to discovery filed by | September 1, 2022 |

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 1

| | |
|---|---|
| Defendant's expert depositions filed by | September 30, 2022 |
| Discovery completed by | September 30, 2022 |
| All dispositive motions must be filed by<br>    and noted on the motion calendar no later<br>    than the fourth Friday thereafter (*see* LCR 7(d)) | October 14, 2022 |
| All motions related to expert witnesses (*e.g.*, Daubert motion) must be filed by<br>    and noted on the motion calendar no later<br>    than the third Friday thereafter (*see* LCR 7(d)) | November 17, 2022 |
| Mediation per LCR 39.1(c) must be held no later than<br>    Under LCR 39.1(c), the Court ORDERS that the<br>    parties engage in mediation; the parties may seek<br>    relief from this requirement by motion and upon a<br>    showing of good cause | December 20, 2022 |
| All motions *in limine* must be filed by<br>    and noted for the third Friday thereafter; responses<br>    shall be due on the noting date; no reply shall be<br>    filed unless requested by the Court | December 29, 2022 |
| Letter of compliance as to LCR 39.1 filed by<br>    A roster of LCR 39.1 mediators can be located on<br>    the Internet at www.wawd.uscourts.gov | January 3, 2023 |
| Agreed Pretrial Order due[1] | January 13, 2023 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | January 13, 2023 |
| Pretrial conference to be held at 10:00 a.m. on | January 20, 2023 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 2

Local Civil Rules.  These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns:  "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted."  The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.  Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked.  Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 3

1 next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit
2 is numbered 159, then defendant's exhibits shall begin with the number 200; if
3 defendant's last exhibit number is 321, then any other party's exhibits shall begin with
4 the number 400.

5     Counsel must be prepared to begin trial on the date scheduled, but it should be
6 understood that the trial may have to await the completion of other cases.

7     Should this case settle, counsel shall notify Gail Glass at 206-370-8522 as soon as
8 possible.

9
10     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of March, 2021.

                                      William M. McCool
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 4