UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA CRAIG,

        Plaintiff,

  v.

NOVARTIS PHARMACEUTICALS CORPORATION

        Defendant.

C20-1641 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report ("JSR"), docket no. 20, the Court APPROVES the parties' Stipulated Protective Order, Ex. 1 to JSR; and

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of March, 2021.

                                          William M. McCool
                                          Clerk

                                          s/Gail Glass
                                          Deputy Clerk

MINUTE ORDER - 1